620

Karlton CHERRY, Plaintiff—
Appellant,

v.

Commonwealth of VIRGINIA; Carol A. Sivers; Michael M. Hawks; Herbert Coulton, Virginia Parole Board Members; David N. Harker, Vice Chairman, Virginia Parole Board; Helen F. Fahey, Chairman, Virginia Parole Board; Jim Sisk, Manager, Court and Legal Services of the Virginia Department of Corrections; Mrs. Bolden, Agent, Court and Legal Services; Jackie T. Watson, Administrative Office Specialist III, of the Powhatan Correctional Reception and Classification Center of the Department of Corrections; R.W. Hilde Brand, Treatment Program Supervisor, Dillwyn Correctional Center; Ms. Danials, Treatment Counselor, Dillwyn Correctional Center; Ms. V. Kennedy, Treatment Counselor, Augusta Correctional Center, Defendants—Appellees.

No. 05–7225.

United States Court of Appeals,
Fourth Circuit.

Submitted Nov. 22, 2005.

Decided Dec. 7, 2005.

Karlton Cherry, Appellant Pro Se.

Before MOTZ, TRAXLER, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Karlton Cherry appeals the district court's order summarily dismissing his action challenging revocation of earned good time by the Virginia Parole Board. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Cherry v. Virginia,* No. CA–05–747–1 (E.D. Va. filed July 11, 2005 & entered July 14, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*